# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES XIE,<br><br>    Plaintiff,<br><br>  v.<br><br>DE YOUNG PROPERTIES, 5867 LP,<br><br>    Defendant.<br>_____/ | Case No. 1:16-cv-1518-DAD-SKO<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING AND DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO ATTEND ALL HEARINGS THROUGH VIDEO CONFERENCE**<br><br>(Doc. 3.) |

**ORDER**

Plaintiff Agnes Xie, appearing pro se, filed this action on October 7, 2016. (Doc. 1.) On October 24, 2016, Plaintiff filed a "Motion for Permission for Electronic Case Filing" (the "Motion") and "Request for ADA Accommodation for Video Conference for all Future Hearings" (the "Request"). (Doc. 3.)

In her Motion, Plaintiff seeks the Court's permission to file documents electronically through the Court's case management/electronic case filing ("CM/ECF") system. Pursuant to the Local Rules of the United States District Court, Eastern District of California ("Local Rules"), a pro se party shall file and serve paper documents as required by the Rule. Local Rule 133(a). A party appearing pro se may request an exception to the paper filing requirement from the court by filing a stipulation of the parties or by motion. Local Rule 133(b)(2), (3).

//

1  Upon review of the pleadings in this action and the instant motion, in which Plaintiff
2  provides no reasons for the need to use electronic filing, the Court finds that this action does not
3  warrant an exception to the Local Rule.  Plaintiff's motion for permission to file through CM/ECF is,
4  therefore, DENIED.

5  Plaintiff's Request to attend hearings through video conference "as ADA accommodation"
6  is DENIED WITHOUT PREJUDICE.  The Court will make reasonable accommodations for
7  Plaintiff's medical condition, including permitting Plaintiff to appear at hearings telephonically,
8  on a case-by-case basis as this action proceeds.

IT IS SO ORDERED.

Dated:    **November 1, 2016**                         /s/ _Sheila K. Oberto_
                                                    UNITED STATES MAGISTRATE JUDGE

2