# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES XIE,<br><br>    Plaintiff,<br><br>v.<br><br>DE YOUNG PROPERTIES, 5867 LP, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:16-cv-01518-DAD-SKO<br><br>**ORDER DENYING SECOND MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>**(Doc. 27)** |

      Before the Court is Plaintiff's Second Motion for Permission for Electronic Case Filing (the "Motion"). (Doc. 27.) Local Rule 133(b)(2) provides that "[a]ny person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Instead, "[a]ll parties shall file and serve paper documents as required by applicable Federal Rules of Civil . . . Procedure or by these [Local] Rules." E.D. Cal. Local Rule 133(b)(2). Nonetheless, a pro se party may "[r]equest to use paper or electronic filing as exceptions from these Rules" if (1) they submit a stipulation between the parties "as provided in [Local Rule] 143;" or (2) "if a stipulation cannot be had," by a "written motion[] setting out an explanation of reasons for the exception." E.D. Cal. Local Rule 133(b)(3).

      In this case, the parties have not filed a joint stipulation permitting Plaintiff to use electronic filing. Instead, Plaintiff included a request to use electronic filing and an explanation of the basis for this request in the Motion. (*See* Doc. 27 at 1–3.) The Court finds that the explanation

provided by Plaintiff in the Motion, (*see id.*), is insufficient to deviate from the default rule that "[a]ny person appearing pro se may **not** utilize electronic filing." E.D. Cal. Local Rule 133(b)(2).

Accordingly, the Court DENIES the Motion. (Doc. 27.)

IT IS SO ORDERED.

Dated: __**April 25, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE