# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES XIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DE YOUNG PROPOERTIES, 5418 L.P.,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:16-cv-01518-DAD-SKO<br><br>**ORDER ENLARGING TIME TO COMPLETE THIRD PARTY DISCOVERY AND TO CONDUCT THE DEPOSITION OF JERRY DE YOUNG** |

## ORDER

On May 23, 2018, the parties appeared telephonically for a conference to resolve certain discovery issues. Plaintiff Agnes Xie appeared on her own behalf, and Jared Marshall, Esq., appeared on behalf of Defendant De Young Properties, 5418 L.P.

After reviewing the parties' submissions and hearing the parties' arguments, and in recognition of Plaintiff's status as a *pro se* litigant, the Court hereby grants Plaintiff yet another—and final—enlargement of time to complete certain non-expert discovery. Specifically, Plaintiff shall have until July 6, 2018, to: (1) attempt to obtain, in accordance with Fed. R. Civ. P. 45, the information sought from third parties First American Title Company, Alma Fletcher, Mark Fletcher, and Tina Larson; and (2) conduct the deposition, in accordance with Fed. R. Civ. P. 30 or 31, of Jerry De Young.

This enlargement of time does not alter any other scheduling deadlines, including motion deadlines, the pretrial conference, and trial date. <u>As noted above, no further extensions of time will be given, absent a showing of good cause.</u> *See* Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated: **May 23, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE