UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES XIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DE YOUNG PROPERTIES 5418, LP,<br><br>　　　　Defendant. | No. 1: 16-cv-01518-DAD-SKO<br><br>ORDER VACATING MOTION HEARING FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING THE HEARING DATE<br><br>(Doc. No. 87) |

Plaintiff Agnes Xie ("plaintiff") filed her complaint in this action against defendant De Young Properties 5418, LP ("defendant") on October 7, 2016. (Doc. No. 1.) On June 26, 2018, defendant filed a motion for summary judgment and noticed the motion for hearing on August 7, 2018. (Doc. No. 70.) Plaintiff failed to file an opposition to the motion for summary judgment in compliance with Local Rule 230, which requires that any opposition shall be filed and served not less than fourteen days preceding the noticed (or continued) hearing date. However, on July 30, 2018, plaintiff filed a motion requesting that the hearing date on the motion for summary judgment be continued from the noticed date of August 7, 2018 to September 5, 2018. (Doc. No. 87.) On July 31, 2018, defendant filed a notice of plaintiff's non-opposition to its motion for summary judgment, requesting that that the court therefore grant its motion for summary judgment. (Doc. No. 90.)

/////

1

On July 24, 2018 and July 30, 2018, plaintiff filed motions to compel production of discovery documents. (Doc. Nos. 84, 88.) An informal telephonic conference to address the discovery dispute is currently scheduled for August 7, 2018 before the assigned magistrate judge. (Doc. No. 86.) Plaintiff contends that the documents are needed to oppose defendant's motion for summary judgment and that she would be prejudiced if the court were to rule on defendant's motion for summary judgment prior to resolution of the discovery disputes currently pending before the assigned magistrate judge. (Doc. No. 87 at 3.)

The court will therefore grant plaintiff's request to continue the hearing date on defendant's motion for summary judgment to September 5, 2018. Any opposition to defendant's motion for summary judgment must be filed and served by plaintiff not less than fourteen days prior to that continued hearing date, meaning that plaintiff's opposition is now due no later than August 22, 2018. Local Rule 230(c). Plaintiff is also advised, that a party who does not timely file an opposition to a motion is not entitled to be heard in opposition to the motion at the time of the noticed hearing. *Id.*

Accordingly:

1. Plaintiff's motion for extension of time (Doc. No. 87) is granted in part; and
2. The hearing date of August 7, 2018 on defendant's motion for summary judgment is VACATED and that hearing is CONTINUED to September 5, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 1, 2018**

UNITED STATES DISTRICT JUDGE